UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01216-JVS-RAO | Date | July 28, 2026 |
| Title | Chunyan Ren et al v. Jinlong Dong et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order to Show Cause**

The Court notes that, despite its orders, Plaintiffs Chunyan Ren ("Ren") and Zhifang Yang ("Yang") (collectively, "Plaintiffs") have failed to file a notice of interested parties in this case. (See Dkt. Nos. 9, 11.)

The Court **ORDERS** Plaintiffs to Show Cause (OSC) in writing no later than **August 5, 2026**, why the Court should not strike the Complaint.

As an alternative to a written response by Plaintiffs, the Court will consider Plaintiffs' filing of a notice of interested parties as an appropriate response to this OSC on or before August 5, 2026.

**IT IS SO ORDERED.**